**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

NINA S. BOYD,                              )
                                          )
                    Plaintiff,            )
                                          )
v.                                        )        Case 06-2115-KGS
                                          )
U.S. BANK NATIONAL ASSOCIATION,           )
                                          )
                    Defendant.            )

ORDER

This matter having come before the court on the Mutual Dismissal With Prejudice (Doc. 58), the court having considered the matter, for good cause shown, it is hereby ORDERED that terms of the Mutual Dismissal are approved by the court.  This matter is dismissed with prejudice, each party to bear her or its own costs and attorney's fees.

IT IS SO ORDERED.

Dated this 2d  day of April, 2008, at Topeka, Kansas.

                              s/ K. Gary Sebelius
                              K. Gary Sebelius
                              U.S. Magistrate Judge